# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2021

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Roberts, Jr, John G. | Supreme Court of the United States | 05/15/2023 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Justice of the United States | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2021<br>**to**<br>12/31/2021 |

**7. Chambers or Office Address**

One First Street, NE
Washington, DC 20543

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2021 | Macrae, Inc. -- Attorney Search Consultants -- salary |
| 2. | 2021 | Pillsbury Winthrop Shaw Pittman LLP -- payment from unfunded, non-qualified deferred compensation plan |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lam Research (Common) LRCX | B | Dividend | M | T | | | | | |
| 2. Texas Instruments (Common) TXN | D | Dividend | O | T | | | | | |
| 3. Thermo Fisher (Common) TMO | B | Dividend | O | T | | | | | |
| 4. Sirius XM (Common) SIRI | B | Dividend | | | Donated | | | | |
| 5. Amer. Century Gro. Inv. Class I TWGIX | D | Dividend | M | T | | | | | |
| 6. MetLife GVUL: Putnam Multi-Cap Growth Fund | | None | L | T | | | | | |
| 7. Vanguard Int'l Gr Fund Admiral Shares VWILX | E | Dividend | M | T | | | | | |
| 8. Vanguard Sm-Cap Index Fund Admiral VSMAX | B | Dividend | M | T | | | | | |
| 9. Wells Fargo bank accounts | A | Interest | M | T | | | | | |
| 10. Capital One, Inc. bank accounts | B | Interest | P1 | T | | | | | |
| 11. Caraheen Partners 1/8 int cottage, Knocklong, County Limerick, Ireland | A | Rent | J | W | | | | | |
| 12. my529 Equity - 10% Int'l UTSNX (see Part VIII) | C | Dividend | O | T | | | | | |
| 13. my529 Enrolled UTAWX (see Part VIII) | A | Dividend | M | T | | | | | |
| 14. First Eagle Global SGIIX | E | Dividend | O | T | Buy (add'l) | 01/27/21 | J | | |
| 15. | | | | | Sold (part) | 04/06/21 | J | C | |
| 16. T. Rowe Price Blue Chip Growth TRBCX | E | Dividend | O | T | Sold (part) | 04/06/21 | L | F | |
| 17. Allspring Absolute Return Fund WABIX (see Part VIII) | C | Dividend | L | T | Buy (add'l) | 02/26/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 03/26/21 | J | | |
| 19. | | | | | Buy (add'l) | 04/06/21 | J | | |
| 20. | | | | | Buy (add'l) | 10/28/21 | J | | |
| 21. | | | | | Sold (part) | 11/09/21 | N | | |
| 22. AQR FDS Mgd. Futures Strategy AQMIX | | None | | | Sold | 04/06/21 | L | | |
| 23. Dodge & Cox FDS International Stock DODFX | D | Dividend | N | T | Sold (part) | 04/06/21 | L | D | |
| 24. Jane Brain, LLC | | None | | | Closed | 06/14/21 | J | | |
| 25. Principal MidCap Institutional PCBIX | E | Dividend | O | T | Sold (part) | 04/06/21 | K | E | |
| 26. ASG GLBL ALTRNTVE CL Y GAFYX | | None | M | T | Sold (part) | 04/06/21 | L | A | |
| 27. Invesco Developing Markets ODVYX | E | Dividend | N | T | Sold (part) | 04/06/21 | K | D | |
| 28. | | | | | Buy (add'l) | 06/25/21 | J | | |
| 29. | | | | | Buy (add'l) | 07/27/21 | J | | |
| 30. | | | | | Buy (add'l) | 08/27/21 | J | | |
| 31. | | | | | Buy (add'l) | 12/27/21 | J | | |
| 32. Charter Communications (Common) CHTR | | None | N | T | | | | | |
| 33. my529-FDIC-Insured Static Investment Option UTSIX (see Part VIII) | B | Dividend | N | T | | | | | |
| 34. Thornburg Ltd-Term Muni Inst LTMIX | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Tweedy Browne Global Value Fund TBGVX | D | Dividend | M | T | | | | | |
| 36. | T Rowe Price Short-Term Bond PRWBX | B | Dividend | M | T | Buy (add'l) | 04/06/21 | L | | |
| 37. | Vanguard Div. Growth Fd Investor Shares VDIGX | F | Dividend | P1 | T | | | | | |
| 38. | Gateway Fund GTEYX | B | Dividend | M | T | Buy (add'l) | 02/26/21 | J | | |
| 39. | Vanguard Total Stk Mkt Index Fd Adm Shs VTSAX | B | Dividend | M | T | Buy (add'l) | 11/26/21 | J | | |
| 40. | Goldman Finl Sq Treas Money Market Fund FTIXX | A | Dividend | L | T | Sold (part) | 01/08/21 | J | | |
| 41. | | | | | | Buy (add'l) | 01/27/21 | J | | |
| 42. | | | | | | Buy (add'l) | 03/26/21 | J | | |
| 43. | | | | | | Buy (add'l) | 04/06/21 | K | | |
| 44. | | | | | | Buy (add'l) | 04/07/21 | J | | |
| 45. | | | | | | Sold (part) | 04/09/21 | J | | |
| 46. | | | | | | Sold (part) | 07/09/21 | J | | |
| 47. | | | | | | Sold (part) | 10/08/21 | J | | |
| 48. | Wells Fargo IRA / Inv. Co. Amer. Class C AICCX | A | Dividend | J | T | Sold (part) | 04/06/21 | J | A | |
| 49. | | | | | | Buy (add'l) | 04/22/21 | J | | |
| 50. | MetLife GVUL: Deutsche Govt. Money Mkt VIP | | None | J | T | | | | | |
| 51. | MetLife GVUL Put.Gro. Opps. | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Bost.Ptnrs. L/S Rsrch. Fund BPIRX | E | Dividend | M | T | Buy<br>(add'l) | 04/06/21 | L | | |
| 53. | | | | | | Buy<br>(add'l) | 04/07/21 | J | | |
| 54. | Charles Schwab bank account | A | Interest | L | T | | | | | |
| 55. | C. Schwab Value Advantage M. Fund SWVXX | A | Dividend | M | T | | | | | |
| 56. | Tributary SM Co INSTL IP FOSBX | F | Dividend | O | T | Buy<br>(add'l) | 04/06/21 | L | | |
| 57. | Baird Aggregate FD CL I BAGIX | C | Dividend | N | T | Buy<br>(add'l) | 04/06/21 | L | | |
| 58. | Credit Suisse Comm Ret. I CRSOX | E | Dividend | M | T | Buy<br>(add'l) | 04/06/21 | K | | |
| 59. | MFS Value I MEIIX | E | Dividend | O | T | Buy<br>(add'l) | 04/06/21 | K | | |
| 60. | | | | | | Buy<br>(add'l) | 04/27/21 | J | | |
| 61. | | | | | | Buy<br>(add'l) | 05/27/21 | J | | |
| 62. | | | | | | Buy<br>(add'l) | 09/27/21 | J | | |
| 63. | TriNet Ret. Plan (H) | | | | | | | | | |
| 64. | -- TA Vangard Instl Target Ret. 2020 VITWX | | None | L | T | Buy<br>(add'l) | 04/15/21 | K | | |
| 65. | Investment Account #1 (H) | | | | | | | | | |
| 66. | -- Janney Advantage Insured Sweep Cash Account | A | Interest | K | T | | | | | |
| 67. | -- American Balanced CL F2 AMBFX | D | Dividend | M | T | Sold<br>(part) | 01/05/21 | J | B | |
| 68. | | | | | | Sold<br>(part) | 05/28/21 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/27/21 | J | | |
| 70. | | | | | Buy (add'l) | 07/29/21 | K | | |
| 71. | | | | | Sold (part) | 09/24/21 | J | A | |
| 72.   -- American Global Balanced CL F2 GBLFX | C | Dividend | K | T | Sold (part) | 01/05/21 | J | B | |
| 73.   -- American US Govt. Securities CL F2 GVTFX | B | Dividend | | | Buy (add'l) | 01/05/21 | J | | |
| 74. | | | | | Buy (add'l) | 05/28/21 | J | | |
| 75. | | | | | Sold (part) | 07/27/21 | J | | |
| 76. | | | | | Sold | 07/29/21 | K | | |
| 77.   -- American Inflation Linked Bond CL F2 BFIGX | B | Dividend | K | T | Buy (add'l) | 01/05/21 | J | | |
| 78. | | | | | Buy (add'l) | 05/28/21 | J | | |
| 79. | | | | | Sold (part) | 09/24/21 | J | A | |
| 80.   -- American Mortgage CL F2 MFAFX | B | Dividend | | | Buy (add'l) | 01/05/21 | J | | |
| 81. | | | | | Sold | 05/28/21 | K | | |
| 82.   -- American Mutual CL F2 AMRFX | B | Dividend | K | T | Sold (part) | 01/05/21 | J | B | |
| 83. | | | | | Sold (part) | 05/28/21 | J | B | |
| 84. | | | | | Sold (part) | 09/24/21 | J | A | |
| 85.   -- Bond Fund of America Cl F2 ABNFX | C | Dividend | | | Buy (add'l) | 01/05/21 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 05/28/21 | K | B | |
| 87. | | | | | Sold<br>(part) | 07/27/21 | J | A | |
| 88. | | | | | Sold | 07/29/21 | K | A | |
| 89.  -- Capital Income Builder CL F2 CAIFX | C | Dividend | M | T | Sold<br>(part) | 01/05/21 | J | B | |
| 90. | | | | | Sold<br>(part) | 05/28/21 | L | E | |
| 91. | | | | | Sold<br>(part) | 09/24/21 | J | A | |
| 92. | | | | | Sold<br>(part) | 12/15/21 | J | C | |
| 93.  -- Income Fund of America CL F2 AMEFX | D | Dividend | M | T | Sold<br>(part) | 01/05/21 | J | C | |
| 94. | | | | | Sold<br>(part) | 05/28/21 | J | C | |
| 95. | | | | | Sold<br>(part) | 09/24/21 | J | A | |
| 96. | | | | | Sold<br>(part) | 12/15/21 | J | A | |
| 97.  -- American High Income CL F2 AHIFX | A | Dividend | K | T | Buy | 07/27/21 | J | | |
| 98. | | | | | Buy<br>(add'l) | 07/29/21 | K | | |
| 99.  -- Capital World Growth & Income CL F2 WGIFX | D | Dividend | L | T | Buy | 05/28/21 | L | | |
| 100. | | | | | Buy<br>(add'l) | 07/27/21 | J | | |
| 101. | | | | | Buy<br>(add'l) | 07/29/21 | K | | |
| 102. | | | | | Sold<br>(part) | 09/24/21 | J | A | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -- Amcap CL F2 AMCFX | B | Dividend | K | T | Buy | 07/27/21 | J | | |
| 104. | | | | | Buy<br>(add'l) | 07/29/21 | K | | |
| 105. | | | | | Sold<br>(part) | 09/24/21 | J | A | |
| 106. -- American Multisector Income CL F2 MIAYX | A | Dividend | L | T | Buy | 05/28/21 | L | | |
| 107. | | | | | Sold<br>(part) | 07/27/21 | J | A | |
| 108. | | | | | Sold<br>(part) | 07/29/21 | K | A | |
| 109. | | | | | Sold<br>(part) | 09/24/21 | J | A | |
| 110. | | | | | Buy<br>(add'l) | 12/15/21 | K | | |
| 111. -- American Strategic Bond CL F2 ANBFX | A | Dividend | | | Buy | 05/28/21 | K | | |
| 112. | | | | | Sold<br>(part) | 07/27/21 | J | A | |
| 113. | | | | | Sold | 07/29/21 | K | A | |
| 114. American Funds SmallCap World Amer. Class C SCWCX | A | Dividend | J | T | Buy | 04/06/21 | J | | |
| 115. | | | | | Buy<br>(add'l) | 04/22/21 | J | | |
| 116. American Funds New World Fund Class C NEWCX | A | Dividend | J | T | Buy | 04/06/21 | J | | |
| 117. | | | | | Buy<br>(add'l) | 04/22/21 | J | | |
| 118. BlackRock Global Allocation I MALOX | D | Dividend | N | T | Buy | 11/09/21 | N | | |
| 119. | | | | | Buy<br>(add'l) | 11/10/21 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Cottage, Knox County, Maine, United States (X) | E | Rent | N | W | | | | | |
| 121. Macrae, Inc. (see Part VIII) | | None | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Roberts, Jr, John G.** | 05/15/2023 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII., line 11.  In 2021, ownership of this property was transferred to a partnership.

Part VII., lines 12, 13, and 33.  Column B(1) reports all dividends through July 13, 2021.  On July 15, my529 began publishing the net asset value (NAV), or unit price, for each option.  Dividends and interest are now embedded in the NAV.  my529 also published ticker symbols for each option on July 15, 2021, and so those ticker symbols have been added.

Part VII., line 13.  On July 14, 2021, my529 converted the existing "Age-Based Moderate" holding to "Enrolled" fund (UTAWX).

Part VII., line 17.  On December 6, 2021, Wells Fargo Absolute Return Fund changed its name to Allspring Absolute Return Fund.

Part VII., line 121.  This report was amended in May 2023 to reflect an equity holding in Macrae, Inc.  Spousal non-investment income from Macrae, Inc. had previously been reported in Part III-B.

| Name of Person Reporting | Date of Report |
|---|---|
| Roberts, Jr, John G. | 05/15/2023 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John G. Roberts, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544